DEFENDANT:        Jeramyah Gonzalez a/k/a Joseph Peña a/k/a Joseph Sanchez

YOB:              1982

COMPLAINT         _____ Yes     __X____ No
FILED?

                  If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    _____ Yes     _____ No
    If No, a new warrant is required

OFFENSES:         *Counts 6:* Mail Fraud, 18 U.S.C. § 1341
                  *Count 7:* Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1)

LOCATION OF       Adams County, Colorado
OFFENSE:

PENALTY:          *Mail Fraud (Count 6):* NMT twenty years imprisonment and/or NMT
                  $250,000 fine; NMT three years supervised release; $100 special
                  assessment
                  *Aggravated Identity Theft (Count 7):* two years imprisonment consecutive
                  to any other prison sentence

AGENT:            Dana McKay, Dep't of Education OIG
                  Charlie Beans, U.S. Secret Service

AUTHORIZED
BY:               Daniel E. Burrows, Special Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

  X   five days or less        ____ over five days          ____ other

THE GOVERNMENT

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)([1 or 2])
____X__ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:      __ Yes  X  No