DEFENDANT:       Sara Sanchez

YOB:             1984

COMPLAINT        _____ Yes     __X____ No
FILED?

                 If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?     _____ Yes     _____ No
    If No, a new warrant is required

OFFENSES:        *Count 9:* Student Loan Fraud, 20 U.S.C. § 1097(a)

LOCATION OF      Adams County, Colorado
OFFENSE:

PENALTY:         *Student Loan Fraud (Count 9):* NMT five years imprisonment and/or NMT
                 $20,000 fine; NMT three years supervised release; $100 special assessment

AGENT:           Dana McKay, Dep't of Education OIG
                 Charlie Beans, U.S. Secret Service

AUTHORIZED
BY:              Daniel E. Burrows, Special Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL:

  X   five days or less        ____ over five days          ____ other

THE GOVERNMENT

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)([1 or 2])
   X   will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:     _ Yes  X  No