UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

Criminal Case No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

   Plaintiff,

v.

4.  ANDREW SANCHEZ,

   Defendant.

_____

### NOTICE OF ATTORNEY APPEARANCE
_____

  Mary Claire Mulligan hereby enters her appearance as court-appointed counsel for Mr. Sanchez.

September 4, 2018

Respectfully submitted,


By: *s/ Mary Claire Mulligan*
Mary Claire Mulligan
Mulligan & Mulligan, PLLC
89 Gold Trail
Boulder, Colorado  80302
Telephone:  303-898-0381
E-mail:  mcmulligan@me.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 4, 2018, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following e-mail addresses:

Daniel Burrows, AUSA
daniel.burrows@usdoj.gov

Natalie Stricklin
natalie_stricklin@fd.org

Thomas R. Ward
tward@mswdenver.com


By:    *s/ Mary Claire Mulligan*
Mary Claire Mulligan
89 Gold Trail
Boulder, Colorado  80302
Telephone:  303-898-0381
Fax:  303-586-6245
E-mail:  mcmulligan@me.com