UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

Criminal Case No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

4.      ANDREW SANCHEZ,

        Defendant.

_____

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**
_____

Andrew Sanchez hereby submits his unopposed motion to modify conditions of release as follows:

1.      On September 4, 2018, Mr. Sanchez was released in this case on a personal recognizance bond (Doc #40).

2.      As a condition of his release, the Court specified that Mr. Sanchez have no contact with any person who is or may be a victim or witness in the case, including co-defendants (Doc #41, Condition (7)(g)).

3.      Co-defendant 1, Carmen Sanchez, is Mr. Sanchez's mother. She is similarly court-ordered to have no contact with any victim or witness in the investigation or prosecution of this case (Entry #62).

4. Mr. Sanchez would like to maintain contact with his mother, both for family emotional support and also so that he can continue to abide by his financial obligations to her regarding a joint bill for car insurance.

5. Under 18 U.S.C. § 3142 (c) (B), the Court must order pretrial release "subject to the least restrictive further condition, or combination of conditions, that such judicial officer determines will reasonably assure the appearance of the person as required and the safety of any other person and the community."

6. Factors the Court must consider in setting conditions of release include:

- The nature and circumstances of the offense charged (18 U.S.C. §3142 (g) (1))—Mr. Sanchez is charged with conspiracy to misapply student loan funds pursuant to 18 U.S.C. § 371 and 20 U.S.C. § 1097 (a).

- The history and characteristics of the person, including the person's …family ties (18 U.S.C. § 3142 (g) (3) (A))—Mr. Sanchez's entire extended family, including his mother, live in Colorado. It is in part to strengthen those family ties that Mr. Sanchez asks the Court to allow contact with his mother.

- Employment (18 U.S.C. § 3142 (g) (3) (A))—Mr. Sanchez has worked full-time for Vestas Corporation building wind turbines since December 2017. Before that, he worked full-time for WalMart for seven years.

- Length of residence in the community and community ties (18 U.S.C. § 3142 (g) (3) (A))—Mr. Sanchez has lived his entire life in the greater Denver metropolitan area.

- Criminal history (18 U.S.C. § 3142 (g) (3) (A))—Mr. Sanchez has no

criminal history except for traffic offenses (this also relates to Mr. Sanchez's record concerning appearance at court proceedings and whether he was under supervision at the time of the offense).

- The nature and seriousness of the danger to any person or the community (18 U.S.C. § 3142 (g) (4))—Mr. Sanchez poses no danger to any person in the community.

7. Mr. Sanchez thus asks the Court to order that his conditions of release be modified to allow him to have contact with Carmen Sanchez (1) for weekly Sunday meals until she moves to Colorado Springs, (2) for phone calls and texts several times a week after she moves to Colorado Springs, and (3) to make arrangements to pay Ms. Sanchez monthly for Mr. Sanchez's car insurance. Mr. Sanchez stipulates that as a further condition of his release he is ordered not to discuss the facts of this case with Ms. Sanchez.

8. Mr. Burrows on behalf of the Government and Ms. Stricklin on behalf of Carmen Sanchez have no objection to modifying Mr. Sanchez's conditions of release accordingly.

October 2, 2018

Respectfully submitted,

By:   *s/ Mary Claire Mulligan*
Mary Claire Mulligan
Mulligan & Mulligan, PLLC
89 Gold Trail
Boulder, Colorado  80302
Telephone:  303-898-0381
E-mail:  mcmulligan@me.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2018, I electronically filed the foregoing **MOTION TO MODIFY CONDITIONS OF RELEASE** with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the other parties in this case.

By:     *s/ Mary Claire Mulligan*
Mary Claire Mulligan
89 Gold Trail
Boulder, Colorado  80302
Telephone:  303-898-0381
Fax:  303-586-6245
E-mail:  mcmulligan@me.com