IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 18-cr-00389-RBJ | Date: October 4, 2018 |
| Courtroom Deputy: | Patricia Glover | Court Reporter:  Sarah Mitchell |
| Interpreter: | N/A | Probation:  N/A |

| *Parties* | *Counsel* |
|---|---|

UNITED STATES OF AMERICA          *Daniel Burrows*
                    **Plaintiff**

**v.**

1. CARMEN SANCHEZ                 *Natalie Stricklin*
2. ANTHONY SANCHEZ                *Michael Faye*
3. JERAMYAH GONZALEZ              *Thomas Ward*
4. ANDREW SANCHEZ                 *Mary Mulligan*
5. SARA SANCHEZ                   *David Jones*
                 **Defendants**

---

### COURTROOM MINUTES

---

**STATUS CONFERENCE**

Court in Session:  1:34 p.m.

Appearance of counsel.

Defendants are present on bond.

Discussion held on status of the case.

Defendants collectively through Ms Stricklin move by oral motion for an Ends of  Justice Continuance.

Argument by Ms. Stricklin.

**ORDERED:   Oral Motion for Ends of Justice Continuance is GRANTED.  Speedy trial is to end on February 11, 2019 with no objection by the parties.**

**FIVE DAY JURY TRIAL is set for February 4, 2019, at 9:00 a.m. before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.**

**Motions are to be filed on or before December 4, 2018.**

**Responses are due on or before December 18, 2018.**

**MOTIONS HEARING is set for January 4, 2019, at 9:00 a.m. before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.**

**Defendants' bonds are continued.**

Court in Recess:  1:50 p.m.          Hearing concluded.          Total time in Court:    00:16