UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

Criminal Case No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

4.      ANDREW SANCHEZ,

        Defendant.
_____

**SECOND UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**
_____

Andrew Sanchez submits his second unopposed motion to modify conditions of release as follows:

1.      On September 4, 2018, Mr. Sanchez was released in this case on a personal recognizance bond (Doc #40).

2.      As a condition of his release, the Court specified that Mr. Sanchez have no contact with any person who is or may be a victim or witness in the case, including co-defendants (Doc #41, Condition (7)(g)).

3.      Co-defendant 1, Carmen Sanchez, is Mr. Sanchez's mother. She is similarly court-ordered to have no contact with any victim or witness in the investigation or prosecution of this case (Entry #62).

4. The Court modified Mr. and Ms. Sanchez's conditions of release to allow weekly contact before Ms. Sanchez moved to Colorado Springs, phone calls and texts several times a week after that, and contact related to paying joint bills (Entry #66).

5. Mr. Sanchez now asks the Court to allow him to visit his mother over the Christmas holidays; specifically, to go to her house on December 24 and then return to his own home December 26. He acknowledges that he is under court order not to discuss the facts of this case with her.

6. Neither Mr. Burrows for the government nor Ms. Strickland for Ms. Sanchez object to the Court granting this motion.

7. Under 18 U.S.C. § 3142 (c) (B), the Court must order pretrial release "subject to the least restrictive further condition, or combination of conditions, that such judicial officer determines will reasonably assure the appearance of the person as required and the safety of any other person and the community."

8. Factors the Court must consider in setting conditions of release include:

- The nature and circumstances of the offense charged (18 U.S.C. §3142 (g) (1))—Mr. Sanchez is charged with conspiracy to misapply student loan funds pursuant to 18 U.S.C. § 371 and 20 U.S.C. § 1097 (a).
- The history and characteristics of the person, including the person's …family ties (18 U.S.C. § 3142 (g) (3) (A))—Mr. Sanchez's entire extended family, including his mother, live in Colorado. It is in part to strengthen those family ties that Mr. Sanchez asks the Court to allow contact with his mother over the holidays.

- Employment (18 U.S.C. § 3142 (g) (3) (A))—Mr. Sanchez has worked full-time for Vestas Corporation building wind turbines since December 2017. Before that, he worked full-time for WalMart for seven years.

- Length of residence in the community and community ties (18 U.S.C. § 3142 (g) (3) (A))—Mr. Sanchez has lived his entire life in the greater Denver metropolitan area.

- Criminal history (18 U.S.C. § 3142 (g) (3) (A))—Mr. Sanchez has no criminal history except for traffic offenses (this also relates to Mr. Sanchez's record concerning appearance at court proceedings and whether he was under supervision at the time of the offense).

- The nature and seriousness of the danger to any person or the community (18 U.S.C. § 3142 (g) (4))—Mr. Sanchez poses no danger to any person in the community.

December 3, 2018

Respectfully submitted,


By:   *s/ Mary Claire Mulligan*
Mary Claire Mulligan
Mulligan & Mulligan, PLLC
89 Gold Trail
Boulder, Colorado  80302
Telephone:  303-898-0381
E-mail:  mcmulligan@me.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 3, 2018, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the other parties in this case.

By:     *s/ Mary Claire Mulligan*
Mary Claire Mulligan
89 Gold Trail
Boulder, Colorado  80302
Telephone:  303-898-0381
Fax:  303-586-6245
E-mail:  mcmulligan@me.com