# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. ANDREW SANCHEZ,

    Defendant.

## Unopposed Motion for Extension of Time

    The United States hereby requests, under Fed. R. Crim. P. 45(b)(1), additional time to respond to Defendant Andrew Sanchez's motion to sever (ECF No. 75). Specifically, the United States asks that it be granted up to and including December 20, 2018, to respond. In support thereof, the government states as follows:

    1.    As of now, the government's response to Defendant Andrew Sanchez's motion is due today, December 18, 2018. However, the parties believe they are on the cusp of a plea agreement (or, at the very least, will know within the next few days whether an agreement is presently possible). If the parties are able to reach an agreement, it would make Defendant Andrew Sanchez's motion moot. Therefore, to avoid any unnecessary expenditure of prosecutive resources, the government requests an additional two days in which to respond to Defendant Andrew Sanchez's motion.

    2.    The undersigned has contacted opposing counsel and was informed that Defendant Andrew Sanchez would have no objection to the extension requested

herein.

WHEREFORE, the United States requests that it be granted up to and including December 20, 2018, in which to respond to Defendant Andrew Sanchez's motion.

Respectfully submitted this 18th day of December, 2018.

          *Jason R. Dunn*
          U.S. Attorney


          s/ Daniel E. Burrows
          *Daniel E. Burrows*
          1801 California St.
          Suite 1600
          Denver, CO 80202
          Telephone: (303) 454-0100
          FAX: (303) 454-0400
          E-mail: daniel.burrows@usdoj.gov
          Special Assistant U.S. Attorney