# UNITED STATES DISTRICT COURT

# DISTRICT OF COLORADO

Criminal Case No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

4.      ANDREW SANCHEZ,

        Defendant.

_____

## NOTICE OF DISPOSITION
_____

      Mr. Sanchez gives notice that he has reached a disposition in this case. He asks the Court to vacate all pending court dates and to schedule a change of plea hearing.

December 20, 2018

Respectfully submitted,


By:    *s/ Mary Claire Mulligan*
Mary Claire Mulligan
Mulligan & Mulligan, PLLC
89 Gold Trail
Boulder, Colorado  80302
Telephone:  303-898-0381
E-mail:  mcmulligan@me.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 20, 2018, I electronically filed the foregoing **NOTICE OF DISPOSITION** with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all parties.


By:    *s/ Mary Claire Mulligan*
Mary Claire Mulligan
89 Gold Trail
Boulder, Colorado  80302
Telephone:  303-898-0381
E-mail:  mcmulligan@me.com