IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

---

| | | | |
|---|---|---|---|
| Criminal Action: | 18-cr-00389-RBJ | Date: | February 25, 2019 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Sarah Mitchell |
| Interpreter: | N/A | Probation: | N/A |

---

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | Daniel E. Burrows |
| v. | |
| 4. ANDREW SANCHEZ<br>**Defendant** | Mary C. Mulligan |

---

## COURTROOM MINUTES

---

**STATUS CONFERENCE**

Court in session:  1:30 p.m.

Appearances of counsel.

Defendant is present on bond.

Discussion held on the status of the case.

**ORDERED**:  A Change of Plea Hearing is set for March 11, 2019, at 3:00 p.m. before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**The defendant's bond is continued.**

Court in Recess:  1:32 p.m.          Hearing concluded.          Total time in Court:  00:02