IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.    ANDREW SANCHEZ,

    Defendant.

## INFORMATION

The United States Attorney charges:

On or about October 15, 2013, in the State and District of Colorado, Defendant ANDREW SANCHEZ, did knowingly and willfully misapply $45.64 in funds provided under Subchapter IV of Title 20, Ch. 28, United States Code. Specifically, Defendant Andrew Sanchez, having failed to make a good-faith effort to pursue higher education and having been dropped from his fall term classes for non-attendance, spent such funds at an animal hospital rather than for expenses related to attendance and continued attendance at an institution of higher education, all in violation of Title 20, United States Code, Section 1097(a).

JASON R. DUNN
United States Attorney

By: _____
Daniel E. Burrows
Special Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax: 303-454-0406
E-mail: daniel.burrows@usdoj.gov
Attorney for Government