| | |
|---|---|
| DEFENDANT: | ANDREW SANCHEZ |
| AGE/YOB: | 1991 |
| COMPLAINT FILED? | _____ Yes __X__ No |
| | If Yes, MASGISTRATE CASE NUMBER n/a |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | _X_ Yes __ No |
| | If No, a new warrant is required |
| OFFENSE: | 18 U.S.C. § 641, theft of government property |
| LOCATION OF OFFENSE: | Adams County, Colorado |
| PENALTY: | NMT 1 year imprisonment and/or NMT $5000 fine; NMT 1 year of supervised release; $25 special assessment |
| AGENT: | Dana McKay, Special Agent, Dep't of Education OIG<br>Charlie Beans, U.S. Secret Service |
| AUTHORIZED BY: | Dan Burrows<br>Special Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_X_ five days or less; ___ over five days

THE GOVERNMENT

**will not** seek detention in this case

The statutory presumption of detention is **not** applicable to this defendant.

1