AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America <br> v. <br> 4. Andrew Sanchez <br> *Defendant* | ) <br> ) Case No. 18-cr-00389-RBJ <br> ) <br> ) <br> ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 3/11/19

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

MARY CLAIRE MULLIGAN
*Printed name of defendant's attorney*

_____
*Judge's signature*

R. BROOKE JACKSON, US DISTRICT JUDGE
*Judge's printed name and title*