UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

Criminal Case No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

4.       ANDREW SANCHEZ,

        Defendant.

_____

**SENTENCING STATEMENT**
_____

Andrew Sanchez provides this Sentencing Statement and moves the Court to sentence him, pursuant to 18 U.S.C. § 3553 (a), to a three-year term of probation, as recommended by the parties.

1.      The United States Sentencing Guidelines are "effectively advisory." *United States v. Booker*, 543 U.S. 220, 245 (2005); *see also Kimbrough v. United States*, 552 U.S. 85 (2007).

2.      Pursuant to 18 U.SC. § 3553 (a), the Court must "impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection. The Court, in determining the particular sentence to be imposed, shall consider

(1) the nature and circumstances of the offense and the history and characteristics of the defendant;

(2) the need for the sentence imposed—

(A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

(B) to afford adequate deterrence to criminal conduct;

(C) to protect the public from further crimes of the defendant; and

(D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner."

PERSONAL CHARACTERISTICS AND HISTORY

3. Andrew Sanchez was born to Gilbert and Carmen Sanchez (coincidentally, "Sanchez" was each of their birth names) in 1991. His sister, Chrystin, is a year younger than he is.



**Andrew at two years old**

4.      Andrew remembers his father picking him up after school, playing football with him, and the two of them watching the Broncos together. Eventually, his father went to the hospital and never came back. When Andrew was seven, Gilbert Sanchez died of cirrhosis.



**Andrew with his father Gilbert Sanchez**

5.      When his father died, Andrew did his best, as a child, to comfort his mother and sister. He doesn't remember ever seeing his mother crying; she put a brave face on their grief. His little sister, who was only six, frequently cried at school. Andrew tried to make her feel better by distracting her and talking about other things. He apparently never got any counseling to process the pain of his father's death.

6.     The Sanchezes are a large family, and after Gilbert died, Esther, Andrew's maternal grandmother, lived with the family off and on; she also spent time living with her other children.

7.     When Andrew was in sixth grade, his mother's brother Robert moved in with the family. Robert also suffered from cirrhosis, and, after he could no longer work, Andrew's family cared for him until his death in 2013. Andrew's uncles had often gotten into trouble with the law, and encouraged him to take a different path. Because of his family history, Andrew drinks very little, and has never tried any illegal drugs. He has no criminal history whatsoever.

8.     Beginning in high school, Andrew stayed busy working as hard as he could to help out his family. He graduated from Prairie View High School in 2009. He started working at Subway, then got a full-time job at Walmart, working his way from cashier to zone manager in the seven years he worked there.

9.     To improve his education, over the years Andrew took online classes at Westwood and the University of Phoenix. The subject matter didn't hold his interest, though, and he found his true calling when he took classes at EcoTech Institute. From there he got a job at Vestas wind turbine company, where he started in December 2017. Vestas is a worldwide company based in Denmark.

10.    At Vestas's Brighton plant, Andrew works full time installing components in wind turbine blades that weigh 18 tons and are shipped all over the world. He enjoys his job and is crane-certified. His supervisors know about this case and are supportive of him; they encouraged him to apply for a promotion where he would be training other

employees. When he is not working, he takes classes through the company to give him the base he needs for promotion, and ultimately hopes to become a process lead or supervisor.

11.     Two years ago, Andrew met and began a serious relationship with Julieann Sorrentino. Ms. Sorrentino teaches eighth-grade English at Henry Middle School, a STEM-focused charter school in the Denver Public School system. They live in a townhome in Henderson. Andrew is hoping to save enough money to eventually propose to Ms. Sorrentino, marry her, and have children together. He is very close to her family.



**Andrew and Julieann**

12. Because Andrew's mother Carmen will shortly be serving her prison sentence, Andrew and Ms. Sorrentino are trying to get a lease on a larger apartment so that his grandmother Esther and his sister Chrystin can live with them. They would like to provide a home for Carmen when she is ultimately released.

## NATURE AND CIRCUMSTANCES OF OFFENSE

13. Andrew was convicted of misdemeanor student loan fraud under 20 U.S.C. § 1097 (a). He signed up for classes at the Community College of Denver (CCD) and accepted student loan funds in the form of a debit card. After that, he dropped the classes and used the card for his personal expenses. He owes $4307 in restitution to the Department of Education and $1365.75 to CCD. He has already paid $612 to the Department and $188 to CCD.

14. That he pled guilty to a misdemeanor points out Andrew's lesser culpability in relation to the others named in this indictment. He did not know that family members had used the identities of others to take out student loans, nor did he do so. Because of his plea agreement, he will be unable to borrow federal money to fund any future education.

## PURPOSES OF SENTENCE:

### SERIOUSNESS OF OFFENSE, RESPECT FOR LAW, JUST PUNISHMENT

15. A probationary sentence reflects the seriousness of the offense for which Andrew Sanchez was convicted. He will be required to perform community service and

pay a fine in addition to restitution. As someone with a previously clean record, probation is a just punishment for him, promoting respect for the law.

### ADEQUATE DETERRENCE and

### PROTECT PUBLIC FROM FURTHER CRIMES OF DEFENDANT

16. The proposed sentence to probation is adequate deterrence, to Mr. Sanchez and to others.

### PROVIDE DEFENDANT WITH EDUCATIONAL, VOCATIONAL, MEDICAL & CORRECTIONAL TREATMENT

17. A probationary sentence will allow Andrew Sanchez to continue with the job that he excels at and enjoys. He will have the support of his girlfriend and family, and will be able to provide them with financial and emotional support.

May 21, 2019

Respectfully submitted,

By:     *s/ Mary Claire Mulligan*
Mary Claire Mulligan
Mulligan & Mulligan, PLLC
89 Gold Trail
Boulder, Colorado  80302
Telephone:  303-898-0381
E-mail:  mcmulligan@me.com

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the other parties in this case.

By:     *s/ Mary Claire Mulligan*
Mary Claire Mulligan
89 Gold Trail
Boulder, Colorado  80302
Telephone:  303-898-0381
Fax:  303-586-6245
E-mail:  mcmulligan@me.com