**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. ANDREW SANCHEZ,

    Defendant.

## Motion to Dismiss Counts

    Consistent with its obligations under its plea agreement with Defendant Andrew Sanchez, the United States hereby moves to dismiss, with prejudice, Count 8 of the Indictment (ECF No. 1), effective at the conclusion of Defendant Andrew Sanchez's sentencing hearing.

    Respectfully submitted this 24th day of June, 2019.

    *Jason R. Dunn*
    U.S. Attorney


    s/ Daniel E. Burrows
    *Daniel E. Burrows*
    1801 California St.
    Suite 1600
    Denver, CO 80202
    Telephone: (303) 454-0100
    FAX: (303) 454-0400
    E-mail: daniel.burrows@usdoj.gov
    Special Assistant U.S. Attorney