IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

---

| | | |
|---|---|---|
| Criminal Action: | 18-cr-00389-RBJ | Date: June 25, 2019 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |
| Interpreter: | N/A | Probation: Meaghan Mills |

---

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Daniel E. Burrows* |
| **v.** | |
| 4. ANDREW SANCHEZ<br>**Defendant** | *Mary C. Mulligan* |

---

## COURTROOM MINUTES

---

**SENTENCING HEARING**

Court in session:  8:30 a.m.

Appearances of counsel.

Defendant is present on bond.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Defendant shall be serve a term of **probation** for **3 years** as to Count One of the Indictment.

Standard/Mandatory/Discretionary Conditions** of Probation, as stated on the record, including a **$25.00** Special Assessment fee, to be paid immediately, **$2000** fine and **restitution** in the amount of **$5672.75.**

**ORDERED:**  [167] Motion to Dismiss Counts is **GRANTED.**

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:** 8:52 a.m.          Hearing concluded.          Total time:     00:21